## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

FRANCES Y. CARR,

     Plaintiff,

v.                                   CASE NO. 1:16-cv-00278-WTH-GRJ

NANCY BERRYHILL, Acting Commisioner
of Social Security,

     Defendant.
_____/

# O R D E R

     This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation. (ECF No.  22).  The parties have been furnished a copy of the Report and

Recommendation and have been afforded an opportunity to file objections pursuant to Title 28,

United States Code, Section 636(b)(1).  Plaintiff has filed objections at ECF No. 23, to which the

Commissioner responded, ECF No. 24.  I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have

determined that the Report and Recommendation should be adopted.   Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The clerk is directed to enter the following judgment: "The decision of the Commissioner, denying benefits, is affirmed." The Clerk is directed to close the file.

     **DONE AND ORDERED** this _20th_ day of November, 2017

_____

**UNITED STATES DISTRICT JUDGE**